Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
409 Camino Del Rio South, Suite 101B
San Diego, CA  92108
Telephone: (619) 222-7429
Facsimile:  (866) 431-3292

*Attorney for Plaintiff*
*Gerry Tolentino*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY TOLENTINO, | Case No.: |
| | 3:14-cv-00457-LAB-KSC |
| Plaintiff, | |
| | **NOTICE OF SETTLEMENT** |
| vs. | Magistrate Judge:  Karen S. Crawford |
| | Trial Date:            None |
| NORTHSTAR LOCATION SERVICES, LLC, | |
| Defendant. | |

1

**Notice of Settlement**

1  TO THE COURT AND ALL PARTIES BY AND THROUGH THEIR
2  COUNSEL OF RECORD:
3  Please be advised that the entire case has been settled.  A Notice of Voluntary
4  Dismissal will be filed within 45 (forty-five) days of this filing.

Respectfully submitted,

Date: May 27, 2014            LAW OFFICE OF DANIEL G. SHAY

By:  /s/ Daniel G. Shay
Daniel G. Shay, Esq.
409 Camino Del Rio South, Suite 101B
San Diego, CA  92108
Telephone: (619) 222-7429
Facsimile:  (866) 431-3292

*Attorney for Plaintiff*
*Gerry Tolentino*

2
**Notice of Settlement**