Daniel G. Shay, Esq. (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
409 Camino Del Rio South, Suite 101B
San Diego, CA  92108
Telephone: (619) 222-7429
Facsimile:  (866) 431-3292

*Attorney for Plaintiff*
*Gerry Tolentino*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY TOLENTINO, | CASE NO. 3:14-cv-00457-LAB-BLM |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| NORTHSTAR LOCATION SERVICES, LLC, | |
| Defendant. | |

1

**Notice of Voluntary Dismissal**

1 | Pursuant to Fed. R. Civ. P. 41, Plaintiff hereby dismisses the above entitled
2 | action entirely with prejudice.
3 |
4 |                                                     Respectfully submitted,

Date: July 15, 2014         LAW OFFICE OF DANIEL G. SHAY

By:  /s/ Daniel G. Shay
Daniel G. Shay
409 Camino Del Rio South, Suite 101B
San Diego, CA  92108
Telephone: (619) 222-7429
Facsimile:  (866) 431-3292

*Attorney for Plaintiff*
*Gerry Tolentino*

2

**Notice of Voluntary Dismissal**