# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY TOLENTINO, | CASE NO. 14cv457-LAB (BLM) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| NORTHSTAR LOCATION SERVICES, LLC, | |
| Defendant. | |

Plaintiff Gerry Tolentino has filed a notice of dismissal with prejudice. Defendant has not yet appeared in this action. Pursuant to Fed. R. Civ. P. 41(a), this action is therefore **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED:  July 16, 2014

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

14cv457